## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1.      I, Derek Wilcox, depose and make this affidavit in support of a criminal complaint for a violation of Title 8, United States Code, Section 1326 by JULIO BENITO MORAN IBARRA ("defendant").

2.      I am a United States Border Patrol Agent currently assigned to the Calais Station in Houlton Sector. I entered on duty with the United States Border Patrol on July 27, 2009 and have served in various positions over the past 15 years. In 2009, I graduated from the United States Border Patrol academy in Artesia, New Mexico. Following the academy, I completed a long-term detail to the Santa Teresa Station in El Paso Sector. In the fall of 2010, began working at the Calais Station in Houlton Sector. As an agent assigned to Calais Station, I performed several collateral duties, as a firearms instructor, national frontline recruiter, and marine crewman. In 2018 I was promoted to Supervisory Border Patrol Agent at the Calais Station. I served as a supervisor from 2018-2022, serving on several occasions as the Acting Deputy Patrol Agent in Charge. In 2022 I accepted a Resident Agent position in Portland, Maine and I have served there since. Currently, I perform several collateral duties such as vessel commander, remote pilot, and emergency medical technician.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause.

4.      On December 3, 2024, I was contacted by an officer of the Old Orchard Beach Police Department and asked to respond to a gas station located in Old Orchard Beach. I was informed that an officer of the Old Orchard Beach Police Department, had

run a records check of a license plate of a vehicle in the gas station parking lot which returned a result indicating that there was a missing persons report associated with the vehicle registration. The officer then approached the vehicle and encountered two male individuals who did not speak English. When asked by the officer to produce identification, the two individuals produced foreign identification documents.

5. I went to the gas station and observed Old Orchard Beach Police officers and a silver Mitsubishi Lancer sedan in the parking lot. I approached the vehicle and observed Defendant in the driver's seat and another male individual in the passenger seat. I identified myself in Spanish and engaged in a conversation with Defendant, also in Spanish. During this conversation, Defendant stated in substance that he was a citizen of Ecuador and did not have any documentation that would allow him to enter or remain in the United States. I subsequently placed Defendant under arrest. The missing person was determined not to be present in the vehicle.

6. On December 4, 2024, United States Border Patrol Agent Mario Gonzalez met with Defendant for an interview and advised him of his rights in Spanish. Defendant indicated that he understood his rights and agreed to speak with Agent Gonzalez. During the interview, Defendant admitted that he had been previously removed from the United States to Ecuador, and that he had not applied to the Attorney General of the United States for permission to re-enter the United States after his removal. He further admitted that he had last entered the United States in November 2023.

7. A records check on the Defendant showed that he had previously removed from the United States. Defendant was apprehended by the United States Border Patrol on August 14, 2023, at or near El Paso, Texas. A Final Order of Removal was issued on

August 29, 2023, and Defendant was removed from the United States on September 14, 2023, through Alexandria, Louisiana.

8. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States Code, Section 1326(a).

9. I, Derek Wilcox, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Portland, Main, this 6th day of December, 2024.

_Derek Wilcox_
Derek Wilcox, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Dec 06 2024

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title